The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REPLENIUM INC., <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSONS COMPANIES, INC., <br><br> Defendant. | Case No. 2:24-cv-1281-TL <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: September 19, 2024 |

Plaintiff Replenium, Inc. (Replenium), and Defendant Albertsons Companies, Inc. (Albertsons) hereby file a stipulated motion for an extension of time for Albertsons to answer or otherwise respond to Replenium's Complaint (Dkt. 1), up to and including October 8, 2024.

The parties further agree and stipulate that, if Albertsons responds with a Motion to Dismiss, then Replenium is provided a two-week extension in which to file an Opposition, and Albertsons is provided an additional one-week extension in which to file a Reply. By way of example, if Albertsons files a Motion to Dismiss on October 8, 2024, then Replenium's Opposition will be due on November 12, 2024, and Albertsons' Reply will be due on November 26, 2024. Albertsons recently engaged defense counsel for this matter and the parties agree a modest extension will be helpful for responsive pleading purposes.

Accordingly, the parties respectfully request that the Court, pursuant to Local Civil Rules 7(d)(1) and 10(g), enter the Proposed Order allowing Albertsons to file its responsive pleading by October 8, 2024 and otherwise extend the briefing deadlines as specified above in the event that

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 1
CASE NO. 2:24-CV-1281
127910.0024/9882276.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  Albertsons responds with a Motion to Dismiss.

2     IT IS SO STIPULATED by and between the parties.

3     DATED:  September 19, 2024

                    LANE POWELL PC

                    By: <u>*s/ Aaron Schaer*</u>
                        Aaron Schaer, WSBA No. 52122
                        Jesse Flickinger, WSBA No. 59396
                        schaera@lanepowell.com
                        flickingerj@lanepowell.com
                        1420 Fifth Ave., Suite 4200
                        P.O. Box 91302
                        Seattle, WA  98111-9402
                        Telephone: 206.223.7000

                  BALLARD SPAHR LLP
                        Brian W. LaCorte (*pro hac vice* pending)
                        lacorteb@ballardspahr.com
                        1 E. Washington Street, Suite 2300
                        Phoenix, AZ 85022
                        Tel: 602-798-5400
                        Fax: 602-798-5595

                  *Attorneys for Defendant Albertsons Companies, Inc.*

                  SUMMIT LAW GROUP

                  By: <u>*s/ Lawrence C. Locker*</u>
                        Lawrence C. Locker, WSBA No. 15819
                        Rebecca Singleton, WSBA #57719
                        Larryl@summitlaw.com
                        rebeccas@summitlaw.com
                        315 5th Ave., Ste. 1000
                        Seattle, WA 98104
                        Telephone: 206.676.7000

                  SPIRO HARRISON & NELSON

                        Jason C. Spiro (*pro hac vice* forthcoming)
                        Meredith Sharoky Paley (*pro hac vice* forthcoming)
                        40 Exchange Place, Suite 1404 New York, NY 10005
                        Tel.: (973) 232-0881 Fac.: (973) 232-0887
                        jspiro@shnlegal.com
                        mpaley@shnlegal.com

                  *Attorneys for Plaintiff Replenium Inc.*

                  I certify that this memorandum contains 202 words, in compliance with the local civil rules.

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 2
CASE NO. 2:24-CV-1281
127910.0024/9882276.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107


## ~~[PROPOSED]~~ ORDER

Having considered the parties' Stipulated Motion for Albertsons to respond to Replenium's Complaint, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED;

2. Albertsons will file its responsive pleading to Replenium's Complaint by October 8, 2024; and

3. If Albertsons responds with a Motion to Dismiss, then Replenium is provided a two-week extension in which to file an Opposition, and Albertsons is provided an additional one-week extension in which to file a Reply.

**IT IS SO ORDERED.**

DATED this 20th day of September, 2024.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 3
CASE NO. 2:24-CV-1281
127910.0024/9882276.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107