The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REPLENIUM INC., <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSONS COMPANIES, INC., <br><br> Defendant. | Case No. 2:24-cv-1281-TL <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: October 7, 2024 |

Plaintiff Replenium, Inc. ("Replenium"), and Defendant Albertsons Companies, Inc. ("Albertsons") hereby file a stipulated motion for an extension of time for Albertsons to answer or otherwise respond to Replenium's Complaint, up to and including **October 11, 2024**. The parties further agree and stipulate that the following briefing schedule will govern should Albertsons respond with a Motion to Dismiss:

- Replenium's Opposition to Motion to Dismiss: **November 18, 2024**
- Albertsons' Reply to Motion to Dismiss: **December 5, 2024**

As good cause for this extension request, the parties provide that they met and conferred on October 2, 2024, spoke productively with regard to a number of issues arising during the early proceedings of this matter, and will continue to meet and confer. In light of the October 2, 2024 meet and confer, the parties have agreed a limited extension of time is appropriate to determine the most efficient way forward that preserves the parties' rights while maintaining the possibility of eliminating the need for unnecessary Court intervention.

Accordingly, the parties respectfully request that the Court—pursuant to Local Civil Rules

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 1
CASE NO. 2:24-CV-1281
127910.0024/9900127.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

7(d)(1) and 10(g)—enter the Proposed Order below allowing Albertsons to file its responsive pleading by **October 11, 2024**, and otherwise extend the briefing deadlines as specified above in the event Albertsons responds with a Motion to Dismiss.

      IT IS SO STIPULATED by and between the parties.

      DATED: October 7, 2024

LANE POWELL PC

By: *s/ Aaron Schaer*
    Aaron Schaer, WSBA No. 52122
    Jesse Flickinger, WSBA No. 59396
    schaera@lanepowell.com
    flickingerj@lanepowell.com
    1420 Fifth Ave., Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-9402
    Telephone: 206.223.7000

BALLARD SPAHR LLP

    Brian W. LaCorte (*pro hac vice*)
    lacorteb@ballardspahr.com
    1 E. Washington Street, Suite 2300
    Phoenix, AZ 85022
    Tel: 602-798-5400
    Fax: 602-798-5595

*Attorneys for Defendant Albertsons Companies, Inc.*

SUMMIT LAW GROUP

By: *s/ Lawrence C. Locker*
    Lawrence C. Locker, WSBA No. 15819
    Rebecca Singleton, WSBA No. 57719
    Larryl@summitlaw.com
    rebeccas@summitlaw.com
    315 5th Ave., Ste. 1000
    Seattle, WA 98104
    Telephone: 206.676.7000

SPIRO HARRISON & NELSON

    Jason C. Spiro (*pro hac vice* forthcoming)
    Meredith Sharoky Paley (*pro hac vice* forthcoming)
    40 Exchange Place, Suite 1404 New York, NY 10005
    Tel.: (973) 232-0881 Fac.: (973) 232-0887
    jspiro@shnlegal.com
    mpaley@shnlegal.com

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 2
CASE NO. 2:24-CV-1281
127910.0024/9900127.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

*Attorneys for Plaintiff Replenium Inc.*

I certify that this memorandum contains 228 words, in compliance with the Court's Local Civil Rules.

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 3
CASE NO. 2:24-CV-1281
127910.0024/9900127.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

### [PROPOSED] ORDER

Having considered the parties' Stipulated Motion for Albertsons to respond to Replenium's Complaint, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED;

2. Albertsons will file its responsive pleading to Replenium's Complaint by **October 11, 2024**; and

3. If Albertsons responds with a Motion to Dismiss, then Replenium is provided until **November 18, 2024**, to file an Opposition, and Albertsons is provided until **December 5, 2024**, to file a Reply.

**IT IS SO ORDERED.**

DATED this 7th day of October, 2024.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 4
CASE NO. 2:24-CV-1281
127910.0024/9900127.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107