UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REPLENIUM INC., <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSONS COMPANIES, INC., <br><br> Defendant. | CASE NO. 2:24-cv-01281-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On February 25, 2025, Defendant filed a Motion for Partial Reconsideration. Dkt. No. 43. Plaintiff is ORDERED to file a response of **no more than seven (7) pages no later than March 5, 2025**. No reply is permitted. The Clerk SHALL renote the motion accordingly.

Dated this 26th day of February 2025.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1