THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REPLENIUM INC.,

Plaintiff,

v.

ALBERTSONS COMPANIES, INC.,

Defendant.

Case No.  2:24-CV-1281 TL

**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF THE JURY TRIAL DATE AND RELATED DATES**

NOTE ON MOTION CALENDAR:
July 13, 2026

Plaintiff Replenium, Inc. and Defendant Albertsons Companies, Inc. (collectively, the "Parties") respectfully submit this Stipulated Motion for Extension of the Jury Trial Date and Related Dates, pursuant to which the Parties seek to modify the case schedule previously established by the Court. *See* Dkt. 54. This is the Parties' second request for such an extension.

The Parties have been actively engaged in discovery, including numerous meet-and-confer sessions to resolve disputes. The Parties have attempted to successfully resolve many disagreements without Court intervention; however, this has required significant time. As a result, the Parties are unable to meet the current deadlines in the case schedule. Given the Parties' diligent efforts to resolve discovery disputes without resort to motions practice, which has necessarily required additional time, the Parties respectfully submit that good cause exists for a second extension of the jury trial date and related deadlines.

Based on the current status of discovery and counsel's respective trial calendars, the Parties agree that an approximately four-month extension is appropriate. The Parties are hopeful that this

STIPULATED MOTION AND [PROPOSED]
ORDER FOR EXTENSION OF THE JURY TRIAL
DATE AND RELATED DATES- 1
CASE NO. 2:24-CV-1281

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
TEL: 206.223.7000 FAX: 206.223.7107

extension will also reduce the likelihood of any further requests to modify the case schedule.

Accordingly, the Parties respectfully request that the Court, pursuant to Local Civil Rules 7(d)(1), 10(g), and 16(b), enter the Proposed Order below, which would amend the jury trial date and related deadlines as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Close | August 3, 2026 | December 1, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 2, 2026 | December 31, 2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | October 2, 2026 | January 30, 2027 |
| All motions related to discovery must be filed by | October 2, 2026 | January 30, 2027 |
| Expert depositions completed by | November 2, 2026 | March 2, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)) | November 30, 2026 | March 30, 2027 |
| Settlement Conference, if mediation has been required by the parties per LCR 39.1, held no later than | February 10, 2027 | June 10, 2027 |
| Mediation per LCR 39.1, if required by the parties, held no later than | March 10, 2027 | July 8, 2027 |
| All motions in limine must be filed by | April 5, 2027 | August 3, 2027 |
| Agreed LCR 16.1 Pretrial Order due | April 19, 2027 | August 17, 2027 |

STIPULATED MOTION AND [PROPOSED]
ORDER FOR EXTENSION OF THE JURY TRIAL
DATE AND RELATED DATES- 2
CASE NO. 2:24-CV-1281

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
TEL: 206.223.7000 FAX: 206.223.7107

| | | |
|---|---|---|
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to | April 23, 2027 | August 23, 2027 |
| Pretrial Conference scheduled for 1:00 pm | April 30, 2027 | August 30, 2027 |
| Jury Trial | May 10, 2027 | September 14, 2027 |

Pursuant to Rule III(A) of the Court's Standing Order for civil cases, each of the Parties submits that they are unavailable for trial for one year following the filing of this motion as follows:

**Replenium:**

- November 2-9, 2026
- December 7-23, 2026
- February 8-15, 2027
- March 29 to April 9, 2027
- June 21 to 30, 2027

**Albertsons:**

- January 1, 2027 – April 30, 2027

////

////

////

////

////

////

STIPULATED MOTION AND [PROPOSED]
ORDER FOR EXTENSION OF THE JURY TRIAL
DATE AND RELATED DATES- 3
CASE NO. 2:24-CV-1281

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
TEL: 206.223.7000 FAX: 206.223.7107

IT IS SO STIPULATED by and between the Parties.

DATED: July 13, 2026

BALLARD SPAHR LLP

By: *s/ Jesse J. Flickinger*
Aaron Schaer, WSBA No. 52122
Jesse J. Flickinger, WSBA No. 59396
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206.223.7000
schaera@ballardspahr.com
flickingerj@ballardspahr.com

Brian W. LaCorte *pro hac vice*
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: (602) 798-5449
LaCorteB@ballardspahr.com

*Attorneys for Defendant Albertsons Companies, Inc.*

SUMMIT LAW GROUP

By: *s/ Lawrence C. Locker*
Lawrence C. Locker, WSBA No. 15819
Rebecca Singleton, WSBA No. 57719
315 5th Ave., Ste. 1000
Seattle, WA 98104
Telephone: 206.676.7000
Larryl@summitlaw.com
rebeccas@summitlaw.com

*Attorneys for Plaintiff Replenium Inc.*

SPIRO HARRISON & NELSON

By: *s/ Jason C. Spiro*
Jason C. Spiro *pro hac vice*
Meredeth Sharoky Paley *pro hac vice*
40 Exchange Place, Suite 1404 New York, NY 10005
Telephone: (973) 232-0881
jspiro@shnlegal.com
mpaley@shnlegal.com

I certify that this memorandum contains 504 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND [PROPOSED]
ORDER FOR EXTENSION OF THE JURY TRIAL
DATE AND RELATED DATES- 4
CASE NO. 2:24-CV-1281

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
TEL: 206.223.7000 FAX: 206.223.7107

## [PROPOSED] ORDER

Having considered the Parties' Stipulated Motion for Extension of the Jury Trial Date and Related Dates, the Court hereby ORDERS as follows:

1.    The Stipulated Motion for Extension of the Jury Trial Date and Related Dates is GRANTED;

2.    The Court hereby RESETS the trial date and case deadlines as follows:

| Event | Proposed Date |
|---|---|
| Fact Discovery Close | December 1, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 31, 2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | January 30, 2027 |
| All motions related to discovery must be filed by | January 30, 2027 |
| Expert depositions completed by | March 2, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)) | March 30, 2027 |
| Settlement Conference, if mediation has been required by the parties per LCR 39.1, held no later than | June 10, 2027 |
| Mediation per LCR 39.1, if required by the parties, held no later than | July 8, 2027 |
| All motions *in limine* must be filed by | August 3, 2027 |
| Agreed LCR 16.1 Pretrial Order due | August 17, 2027 |

STIPULATED MOTION AND [PROPOSED]
ORDER FOR EXTENSION OF THE JURY TRIAL
DATE AND RELATED DATES- 5
CASE NO. 2:24-CV-1281

| | |
|---|---|
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to | August 23, 2027 |
| Pretrial Conference scheduled for 1:00 pm | August 30, 2027 |
| Jury Trial | September 14, 2027 |

**IT IS SO ORDERED**.

DATED this ____ day of July, 2026.

_____
Hon. Tana Lin
United States District Judge

Presented by:

BALLARD SPAHR LLP

By: s/ *Jesse J. Flickinger*
_____
Aaron Schaer, WSBA No. 52122
Jesse J. Flickinger, WSBA No. 59396
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206.223.7000
schaera@ballardspahr.com
flickingerj@ballardspahr.com


Brian W. LaCorte *pro hac vice*
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: (602) 798-5449
LaCorteB@ballardspahr.com

*Attorneys for Defendant Albertsons Companies, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER FOR EXTENSION OF THE JURY TRIAL
DATE AND RELATED DATES- 6
CASE NO. 2:24-CV-1281

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
TEL: 206.223.7000 FAX: 206.223.7107

SUMMIT LAW GROUP

By: *s/ Lawrence C. Locker*
Lawrence C. Locker, WSBA No. 15819
Rebecca Singleton, WSBA No. 57719
315 5th Ave., Ste. 1000
Seattle, WA 98104
Telephone: 206.676.7000
Larryl@summitlaw.com
rebeccas@summitlaw.com


SPIRO HARRISON & NELSON

By: *s/Jason C. Spiro*
Jason C. Spiro *pro hac vice*
Meredeth Sharoky Paley *pro hac vice*
40 Exchange Place, Suite 1404 New York, NY 10005
Telephone: (973) 232-0881
jspiro@shnlegal.com
mpaley@shnlegal.com

*Attorneys for Plaintiff Replenium Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER FOR EXTENSION OF THE JURY TRIAL
DATE AND RELATED DATES- 7
CASE NO. 2:24-CV-1281

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
TEL: 206.223.7000 FAX: 206.223.7107