The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REPLENIUM INC.,

Plaintiff,

v.

ALBERTSONS COMPANIES, INC.,

Defendant.

CASE NO. 2:24-cv-1281-TL

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF BRIEFING SCHEDULE AND TO FILE OVERLENGTH BRIEF

Note on Motion Calendar:

August 19, 2026

Plaintiff Replenium, Inc. ("Replenium") and Defendant Albertsons Companies, Inc. ("Albertsons," and together, the "Parties") stipulate to extend the hearing date and briefing schedule for Albertsons' motions for a protective order, to compel, and to seal ("Albertsons' Motions"), and Replenium's forthcoming cross-motion to compel. The Parties also stipulate that Replenium may file an overlength brief.

## I. EXTENSION OF HEARING DATE AND BRIEFING SCHEDULE

Albertsons' Motions are currently noted for August 28, 2026. Replenium intends to oppose those Motions and file a cross-motion to compel in the same pleading. Counsel for Replenium and Albertsons have pre-scheduled travel and other commitments that conflict with the current briefing



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

schedule, and the anticipated cross-motion adds to those scheduling conflicts. Under Local Rule 7(k), the Parties have conferred and agree to the following schedule:

- Replenium's opposition to Albertsons' Motions and its cross-motion to compel: September 8, 2026

- Albertsons' reply in support of its Motions and response to Replenium's cross-motion to compel: September 29, 2026

- Replenium's reply in support of its cross-motion to compel: October 6, 2026.

- Note on Motion Calendar: Albertsons' Motions and Replenium's cross-motion to compel: October 6, 2026.

## II. OVERLENGTH BRIEF

Under LCR 7(f), the Parties also stipulate to increase the word limit for Replenium's opposition to Albertson's Motions and its cross-motion to compel, due September 8, 2026, from 4,200 to 7,000 words, and to increase the word limit for Albertsons' opposition to Replenium's cross-motion to compel and reply from 4,200 to 6,300 words. Good cause exists because Replenium must use a single brief both to respond to Albertsons' substantive Motions and to support its own cross-motion to compel. Good cause also exists because Albertsons must use a single brief to both respond to Replenium's cross-motion and to support its own affirmative motions. The request is timely under LCR 7(f)(1): it is filed five days before Replenium's current August 24, 2026 response deadline and 20 days before the requested September 8, 2026 deadline.

Accordingly, the parties respectfully request that the Court enter the **Proposed Order** extending the briefing and hearing dates as specified above, permit Replenium to file an overlength opposition and cross-motion brief not to exceed 7,000 words, and permit Albertsons to file an overlength opposition and reply brief not to exceed 6,300 words.

IT IS SO STIPULATED by and between the parties.



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 19th day of August, 2026.

**Respectfully submitted,**

**SUMMIT LAW GROUP, PLLC**

By *s/ Lawrence C. Locker*
Lawrence C. Locker, WSBA #15819
Vanessa Williams-Hall, WSBA #54308
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682 | (206) 676-7000
larryl@summitlaw.com
vanessaw@summitlaw.com
*Counsel for Plaintiff Replenium Inc.*

I certify that this memorandum contains 371 words, in compliance with the local civil rules.

**SPIRO HARRISON & NELSON**

By *s/ Jason C. Spiro*
Jason C. Spiro, *admitted pro hac vice*
Meredith Sharoky Paley, *admitted pro hac vice*
40 Exchange Place, Suite 1100
New York, NY 10005 | (973) 232-0881
*jspiro@shnlegal.com*
*mpaley@shnlegal.com*
*Counsel for Plaintiff Replenium Inc.*

**BALLARD SPAHR LLP**

By *s/ Jesse Flickinger*
Aaron Schaer, WSBA #52122
Jesse Flickinger, WSBA #59396
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402 | 206.223.7000
schaera@ballardspahr.com
flickingerj@ballardspahr.com
*Counsel for Defendant Albertsons Companies, Inc.*

**BALLARD SPAHR LLP**

By *s/ Brian W. LaCorte*

Brian W. LaCorte, *admitted pro hac vice*
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555 | 602-798-5400
lacorteb@ballardspahr.com
*Counsel for Defendant Albertsons Companies, Inc.*

**~~[PROPOSED]~~ ORDER**

Having considered the parties' Stipulated Motion for Extension of Briefing Schedule and to File Overlength Brief, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED.

2. Replenium shall file its opposition to Albertsons' Motions and its cross-motion to compel by September 8, 2026.

3. Albertsons' shall file its reply in support of its Motions and response to Replenium's cross-motion to compel by September 29, 2026.

4. Replenium shall file its reply in support of its cross-motion to compel by October 6, 2026.

5. The matter is noted on the motion calendar for October 6, 2026.

6. Replenium's opposition and cross-motion brief shall not exceed 7,000 words.

7. Albertsons' opposition and reply brief shall not exceed 6,300 words.

IT IS SO ORDERED.

DATED this 21st day of August, 2026.

The Honorable Tana Lin
United States District Judge



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001